# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN I. GRACE & SALLY A. GRACE, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CASE NO: |
| | ) CV-09-0808- WS-B |
| BAC HOME LOANS SERVICING, LP, | ) |
| etc., et al., | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** the Plaintiffs, John and Sally Grace, pursuant to FRCP 41(a)(1)(i) and dismiss their claims against the defendants without prejudice.

**RESPECTFULLY** submitted on this the 24th day of February 2010.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Attorney for Plaintiffs
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, AL 36532
Telephone: 251-990-5558
Facsimile: 251-990-0626
epunderwood@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on this the 24th day of February 2010 that a true and correct copy of the above and foregoing was filed with the CM/ECF system which will cause a copy to be served on all counsel of record.

/s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.