IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN I. GRACE, et al.,** | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   **CIVIL ACTION 09-0808-WS-B** |
| | ) |
| **BAC HOME LOANS SERVICING, LP,** | ) |
|  etc., et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

In accordance with the plaintiffs' notice of dismissal, (Doc. 14), and pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is **dismissed without prejudice**.

DONE and ORDERED this 24th day of February, 2010.

                                    s/ WILLIAM H. STEELE
                                    UNITED STATES DISTRICT JUDGE